# LESCHAK & ASSOCIATES LLC

John Leschak, Esq.** NY & NJ
Brian Kerr, Esq ** NJ & NY
Mary Srafen, Esq.** NJ
Charlotte Scanniello, Esq.** NJ
Francisco Joubert, Esq.** PR

Office: (732) 333-0806
Fax: (866) 888-6345
Fax: (732) 333-0900

64 East Main Street
Front BLDG
Freehold, NJ 07728

April 7, 2026

Honorable Judge Zahid N. Quraishi, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*Via ECF*

RE:    **Calderon- Calderon v. Rokosky, No. 3:26-cv-02774 (ZNQ)**
       **Letter Request to Withdraw Unredacted Filling**

Dear Hon. Judge Quraishi:

My office represents the above-named Petitioner in her habeas corpus petition. Counsel respectfully submits this letter requesting to withdraw its Letter Response to the Habeas Petitioner that was submitted on April 6, 2026, as it was erroneously filed without redactions. ECF No. 7. After identifying this error, Counsel resubmitted the Letter Response with the redacted evidence as ECF No. 8. As such, ECF. No. 8 is the correct filling with the correctly redacted evidence. As such, Counsel requests that this Court respectfully delete ECF. No 7 from the case jacket.

Thank you for considering this important matter.

GRANTED. The Clerk's Office is instructed to remove the document entered at ECF No. 7 and update the docket text for that entry to reflect its removal.

So Ordered this 9th day of April 2026.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

*/s/ John P. Leschak*
John P. Leschak, Esq.
N.J. Bar No. 03113 – 2010
Civil ID No. JL8921
LESCHAK & ASSOCIATES, LLC
64 East Main Street FRONT BLDG
Freehold, NJ 07728
P (732) 333-0806
 F (732) 333-0900
john@justice4nj.com
Attorney for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I filed the foregoing Letter Request to Withdraw and any and all exhibits and attachments thereto with the Clerk of the Court through the Court's ECF system and with Respondent(s) via ECF on their counsel, and I further certify that all parties to this matter are registered CM/ECF users and will be served by the CM/ECF system.

Dated: April 7,2026                               Respectfully submitted,

*/s/ John P. Leschak*
John P. Leschak, Esq.
N.J. Bar No. 03113 – 2010
Civil ID No. JL8921
LESCHAK & ASSOCIATES, LLC
64 East Main Street FRONT BLDG
Freehold, NJ 07728
P (732) 333-0806
 F (732) 333-0900
john@justice4nj.com
Attorney for Petitioner